UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

January 23, 2008

**CASE INFORMATION:**
Short Case Title:  <u>JONATHAN LEE RICHES</u>-v- <u>AMERICAN EXPRESS</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Francisco Division-Judge Martin J. Jenkins</u>
Criminal and/or Civil Case No.: <u>CV 07-06081 MJJ</u>
Date Complaint/Indictment/Petition Filed: <u>12/03/07</u>
Date Appealed order/judgment *entered* <u>12/19/07</u>
Date NOA *filed* <u>1/8/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):  ☐ granted in full (attach order)        ☐ denied in full (send record)
                         ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: <u>n/a</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: <u>1/23/08</u>
Date FP granted:                          Date FP denied:
Is FP pending? ☐ yes  ☐ no                                Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: see docket sheet                       Appellee Counsel: see docket sheet




☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Simone Voltz</u>
                                                     415-522-2016